Liza M. Walsh
William T. Walsh, Jr.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100

Stephen E. Goldman (subject to *pro hac vice* admission)
Wystan M. Ackerman (subject to *pro hac vice* admission)
Denis J. O'Malley (subject to *pro hac vice* admission)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103
Tel: 860-275-8200

*Attorneys for Defendant*
*Travelers Casualty Insurance Company of America*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHESTER C. CHIANESE DDS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>*Defendant*. | Case No. 3:20-cv-05702-MAS-ZNQ<br><br>**NOTICE OF DEFENDANT TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS**<br><br>*Electronically Filed*<br><br><u>**ORAL ARGUMENT REQUESTED**</u> |

**PLEASE TAKE NOTICE** that on September 8, 2020, or as soon as the Court deems appropriate, counsel for Defendant Travelers Casualty Insurance Company of America ("Travelers") shall move before the Honorable Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ, for entry of an Order

dismissing Plaintiff Chester C. Chianese DDS LLC's Complaint (ECF No. 1) pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Travelers will rely

upon the Brief, Declaration of Liza M. Walsh with accompanying Exhibits, and any additional

submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is also submitted herewith

for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Travelers requests oral argument.


Dated: August 6, 2020

> _s/ Liza M. Walsh_
> Liza M. Walsh
> William T. Walsh, Jr.
> WALSH PIZZI O'REILLY FALANGA LLP
> Three Gateway Center
> 100 Mulberry Street, 15th Floor
> Newark, N.J. 07102
> (973) 757-1100
>
> Stephen E. Goldman (subject to _pro hac vice_ admission)
> Wystan M. Ackerman (subject to _pro hac vice_ admission)
> Denis J. O'Malley (subject to _pro hac vice_ admission)
> ROBINSON & COLE LLP
> 280 Trumbull Street
> Hartford, CT  06103
> Tel: 860-275-8200
> Fax: 860-275-8299
> E-mail: sgoldman@rc.com
> E-mail: wackerman@rc.com
> E-mail: domalley@rc.com
>
> _Attorneys for Defendant_
> _Travelers Casualty Insurance Company of America_